United States District Court
Southern District of Texas
**ENTERED**
October 08, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| VS. | § CRIMINAL ACTION NO. 2:21-CR-00847 |
| | § |
| JAVON KENTRELL HICKS | § |
| | § |
| Defendant. | § |

## MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL

A detention hearing was held today in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f).  The government called ATF Task Force Officer Austin Jochec as its witness.  The following requires detention of the Defendant pending trial in this case:

(1)     There are no conditions or combination of conditions that would reasonably assure the appearance of the Defendant as required and the safety of the community.

The evidence against the Defendant meets the probable cause standard, as a Grand Jury has returned a true-billed indictment in this case.  The Defendant was engaging in drug-trafficking activity while on bond as evidenced by the testimony presented to the Court today, has never successfully completed court-ordered supervision, and has a history of failure to appear.   The findings and conclusions contained in the Pretrial Services Report are adopted.

The Defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent

practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED on October 8, 2021.

_____
Julie K. Hampton
United States Magistrate Judge